IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GAYLON MURRAY**                                                                              **PLAINTIFF**

vs.                      No.     3:22-cv-151-BSM

**DELTA ASPHALT OF ARKANSAS INC.**                    **DEFENDANT**

## NOTICE OF APPEARANCE—SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, oes hereby enter his appearance on behalf of Plaintiff. Mr. Short certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

                                                           Respectfully submitted,

                                                           **ATTORNEY SEAN SHORT**

                                                           SANFORD LAW FIRM, PLLC
                                                           Kirkpatrick Plaza
                                                           10800 Financial Centre Pkwy, Suite 510
                                                           Little Rock, Arkansas 72211
                                                           Telephone: (800) 615-4946
                                                           Facsimile: (888) 787-2040

                                                           Sean Short
                                                           Ark. Bar No. 2015079
                                                           sean@sanfordlawfirm.com