IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GAYLON MURRAY**                                                                                    **PLAINTIFF**

vs.                                            No. 3:22-cv-151-BSM

**DELTA ASPHALT OF ARKANSAS INC.**                                           **DEFENDANT**

## JOINT STATUS REPORT

Counsel for the Parties jointly provide this Joint Status Report pursuant to the Court's Final Scheduling Order of October 17, 2022:

1. <u>The Date and Results of Any Settlement Conference</u>: The parties have not attended a settlement conference and do not believe one would be productive at this time.

2. <u>Settlement Prospects:</u> The parties have engaged in limited settlement negotiations but believe there is sufficient time to continue to negotiate and/or determine whether any settlement is possible before approaching any remaining pre-trial deadlines.

3. <u>Estimate of Length of Trial</u>:  The parties estimate this case can be tried in three days.

Respectfully submitted,

**PLAINTIFF GAYLON MURRAY**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and    DEFENDANT DELTA ASPHALT OF ARKANSAS, INC.**

THOMPSON COBURN LLP
One US Bank Plaza, 27th Floor
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000

*/s/ Matthew Braunel (w/permission)*
Matthew Braunel
Ark. Bar No. 50711
mbraunel@thompsoncoburn.com