**Exhibit 1**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **GAYLON MURRAY,** | ) |
| | ) |
| Plaintiff, | )   Case No. 3:22-CV-00151 |
| | ) |
| v. | ) |
| | ) |
| **DELTA ASPHALT OF ARKANSAS, INC.** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On the 8th day of December, 2023, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Charles M. Poplstein ("Applicant"), counsel for Defendant Delta Asphalt of Arkansas, Inc. ("Defendant"), and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Defendant in the above case. The requirements of Local Rule 83.5 (d) regarding designation of a member of the Bar of this Court who maintains an office in Arkansas for the practice of law are waived so long as Matthew Braunel, who is a Member of the Bar of this Court, remains a co-counsel in this case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with this Court's fee schedule, immediately tender the amount of $100.00, made payable to Clerk, U.S. District Court.

SIGNED THIS THE _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE