UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GAYLON MURRAY**                                                                          **PLAINTIFF**

v.                                   **CASE NO. 3:22-CV-00151-BSM**

**DELTA ASPHALT OF ARKANSAS INC.**                                          **DEFENDANT**

## ORDER

The bench trial herein will begin on Wednesday, February 7, 2024, at 9:30 a.m. in the in the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, in Courtroom #2D.

IT IS SO ORDERED this 19th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE