UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| GAYLON MURRAY, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:22-CV-00151-BSM |
| ) | |
| v. ) | |
| ) | |
| DELTA ASPHALT OF ARKANSAS, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT DELTA ASPHALT OF ARKANSAS, INC.'S RESPONSE TO PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff's Proposed Findings Of Fact And Conclusions Of Law are essentially conclusory in nature and necessarily dependent on the actual testimony and evidence adduced at trial. However, except as provided for below, Delta Asphalt of Arkansas, Inc. ("Delta") strongly: (1) disagrees with and denies Plaintiff's Proposed Findings Of Fact And Conclusions Of Law and maintains they do not accurately depict the entire factual circumstances, (2) maintains that Delta's proposed findings of fact and conclusions of law best reflect the law and what the evidence adduced at trial will prove and disagrees with and denies any statements in Plaintiff's Proposed Findings Of Fact And Conclusions Of Law to the contrary, and (3) believes that the evidence presented at trial will not support Plaintiff's proposed findings and conclusions and holds Plaintiff to his proofs. Further, the evidence is expected to show that Plaintiff's proposed findings in paragraph 12 that Plaintiff was paid bi-weekly and concerning the amount of salary paid to Plaintiff during the last three years of employment is not in line across the board with the records.

That said, paragraphs 1, 2, 3, 5, 6 and 7 of Plaintiff's Proposed Findings Of Fact are accurate in part but not complete in each instance. For example, Plaintiff was employed two different times by Delta. Further, the statement in paragraph 9 that Delta established Plaintiff's rate of compensation and maintained employment records is accurate but not complete. With respect to proposed paragraph 4, Plaintiff was paid

on a salaried basis by Delta since approximately 2004 and classified as an exempt employee after that date. Contrary to paragraph 10, Plaintiff did receive a bonus in certain years, but the evidence will show he was paid monthly.

Delta also agrees that paragraphs 1-3 of Plaintiff's proposed Conclusions of Law are accurate but states that Delta's proposed conclusions of law on such matters better reflects the law and relevant facts.

All other proposed findings of fact and conclusions of law will not be supported by the evidence and are denied.

Respectfully submitted,

**THOMPSON COBURN LLP**

By /s/ Charles M. Poplstein (Pro Hac Vice)
    Matthew Braunel, Ark. Bar No. 50711
    Charles M. Poplstein (pro hac vice)
    One US Bank Plaza
    Suite 2700
    St. Louis, Missouri 63101-1611
    Telephone: 314.552.6000
    Facsimile: 314.552.7000
    mbraunel@thompsoncoburn.com
    cpoplstein@thompsoncoburn.com

*Attorneys for Defendant Delta Asphalt of Arkansas, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, a true and correct copy of the foregoing was served on counsel of record for Plaintiff Gaylon Murray, Josh Sanford (josh@sanfordlawfirm.com) and Sean Short (sean@sanfordlawfirm.com) through the Court's electronic filing system.

*/s/ Charles M. Poplstein*