UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| GAYLON MURRAY, | ) |
| | ) |
| Plaintiff, | )   Case No. 3:22-CV-00151 |
| | ) |
| v. | ) |
| | ) |
| DELTA ASPHALT OF ARKANSAS, INC. | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE**

Come now Defendant Delta Asphalt of Arkansas, Inc. ("Defendant") and Jeremy E. Miller, Applicant herein, and move this Court to grant him admission to the United States District Court for the Eastern District of Arkansas *pro hac vice* to represent Defendant in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm Thompson Coburn LLP with offices at 55 E. Monroe St., Chicago IL, 60603.

2. Since 2022, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6342423. Since 2023, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 350052.

3. Pursuant to Local Rule 83.5(d), Applicant affirms to the Local Rules of the Eastern District of Arkansas and to the jurisdiction of this Court in matters of discipline. Applicant has read and is familiar with the Local Rules of the Eastern District of Arkansas and will comply with the standards of practice set out therein.

4. Applicant respectfully requests a waiver of the provision regarding designation of a member of the Bar of this Court who maintains an office in Arkansas for the practice of law. Applicant has

co-counsel (undersigned counsel who has appeared in this case) who is admitted to practice before the United States District Court for the Eastern District of Arkansas: Matthew A. Braunel, Thompson Coburn LLP, One US Bank Plaza, St. Louis, MO 63101, mbraunel@thompsoncoburn.com, (314) 552-6106, Bar No. 50711 in this Court.

5. Should the Court grant Applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with this Court's fee schedule.

6. Counsel for Plaintiff, Sean Short, has been consulted and does not object to this Motion.

Wherefore, Defendant prays that this Court enter an order permitting the admission of Jeremy E. Miller to the Eastern District of Arkansas *pro hac vice* for this case only. A proposed order is filed herewith as Exhibit 1.

Respectfully submitted,

By: /s/ *Matthew Braunel*
     Matthew Braunel
     Arkansas Bar No. 50711
     mbraunel@thompsoncoburn.com

**THOMPSON COBURN LLP**
One US Bank Plaza, 27th Floor
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Matthew Braunel