IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GAYLON MURRAY**                                                                          **PLAINTIFF**

vs.                                          No. 3:22-cv-151-BSM

**DELTA ASPHALT OF ARKANSAS INC.**                             **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

      The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims in this lawsuit. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days of the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement and that the current trial setting be cancelled and the case passed for settlement.

Respectfully submitted,

**PLAINTIFF GAYLON MURRAY**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**   **DEFENDANT DELTA ASPHALT OF ARKANSAS, INC.**

THOMPSON COBURN LLP
One US Bank Plaza, 27th Floor
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000

*/s/ Charles M. Poplstein*
Charles M. Poplstein (*pro hac vice*)
Matthew Braunel, Ark. Bar No. 50711
cpoplstein@thompsoncoburn.com
mbraunel@thompsoncoburn.com