IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GAYLON MURRAY**                                                                               **PLAINTIFF**

vs.                                          No. 3:22-cv-151-BSM

**DELTA ASPHALT OF ARKANSAS INC.**                             **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Gaylon Murray and Defendant Delta Asphalt of Arkansas Inc., by and through their respective undersigned counsel, submit the following Joint Status Report:

1. On February 5, 2024, the Parties filed a Joint Notice of Settlement informing the Court that the Parties had reached a settlement in principle that would resolve all claims alleged in this case. (ECF No. 33)

2. Further, the Parties stated that they anticipated filing dismissal documents or a status report with the Court within 30 days of the filing of the Notice of Settlement.

3. The Parties have drafted a settlement agreement and have sent competing proposals with regard to their settlement documents.

4. Accordingly, the Parties require more time to finalize their agreement, obtain all signatures, and edit their dismissal documents.

5. The Parties anticipate filing their dismissal documents or another joint status report by April 5, 2024.

Respectfully submitted,

**PLAINTIFF GAYLON MURRAY**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT DELTA ASPHALT OF ARKANSAS, INC.**

THOMPSON COBURN LLP
One US Bank Plaza, 27th Floor
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000

*/s/ Charles M. Poplstein*
Charles M. Poplstein (*pro hac vice*)
Matthew Braunel, Ark. Bar No. 50711
cpoplstein@thompsoncoburn.com
mbraunel@thompsoncoburn.com