IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GAYLON MURRAY**                                                                                  **PLAINTIFF**

v.                          **CASE NO.  3:22-CV-00151-BSM**

**DELTA ASPHALT OF ARKANSAS INC.**                            **DEFENDANT**

## ORDER

The parties' joint motion to approve their proposed settlement of Gaylon Murray's Fair Labor Standards Act (FLSA) claim against Delta Asphalt of Arkansas Inc. [Doc. No. 35] is granted.  To approve this settlement agreement, it is necessary to ensure that the parties are not negotiating around the FLSA's requirements and that it represents a fair and reasonable resolution of a bona fide dispute.  *Sanford v. Nucor-Yamato Steel Co.*, No. 3:18-CV-00158-KGB, 2021 WL 934033, at *5 (E.D. Ark. Mar. 11, 2021).  After careful review, it is determined (1) that the parties are not attempting to negotiate around the FLSA's requirements, and (2) that Murray's recovery is fair and reasonable and furthers the goals of the FLSA.  Moreover, the parties attest that they negotiated the attorneys' fee after they agreed upon the amount of plaintiff's recovery.  *See Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 n.1 (8th Cir. 2019).  The settlement is therefore approved and this case is dismissed with prejudice.  Jurisdiction is retained to enforce the terms of the agreement.

IT IS SO ORDERED this 9th day of April, 2024.

                                                                               _____
                                                                        UNITED STATES DISTRICT JUDGE