IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GAYLON MURRAY**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 3:22-CV-00151-BSM**

**DELTA ASPHALT OF ARKANSAS INC.**                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE